Name _Roberto Durand_
_Esp. P.O.Box-1989_
_Ely, N.V. 89301_
_#078930_
Prison Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

_Roberto Durand_,
Plaintiff

vs.

_Moderna Tx. com/patents_,
_Covid 19. Vaccine. EUA._,
_hrsa.gov/ticp/_,

_____,

_____,
Defendant(s).

Case No. _____
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A.   JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, _Roberto Durand_
(print plaintiff's name)

who presently resides at _ESP. Whitepine County_, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

_ESP. Ely, N.V. WhitePineCounty_ on the following dates:
(institution/city where violation occurred)

_2019 ongoing_   _1-30-20-12-31-20_ and _2021-1-1-21 on_ .
(Claim 1)        (Claim 2)                (Claim 3)

Revised 7/8/19

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2)  Defendant _Moderna.Tx.Inc_ resides at _www Modematk.com/patents_, and is
(full name of first defendant)          (address of first defendant)

employed as _Covid19.Providers_. This defendant is sued in his/her
(defendant's position and title, if any)

___ individual _V_ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _State local federal Officials Medical_

_Depts. Shall be liable to party Injured BY fed civil law 42 "USC 1983"._

3)  Defendant _____ resides at _____, and is

employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

4)  Defendant _____ resides at _____, and is

employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

2

5) Defendant _____ resides at _____, and is

employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

6) Defendant _____ resides at _____, and is

employed as _____. This defendant is sued in his/her

___ individual ___ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional statutes, list them below.

_____

_____

## B.    NATURE OF THE CASE

8) Briefly state the background of your case.

My Case is on Covid19. Vaccination Upon this
2. Administered Dose I Experienced Vaccine Out
Break on my leg left side I placed all my Reactions to
this Moderna Vacaine By fed Program (cicp) I will be
A loud my Compensation (2021) Was Administered then I
Reported signs Automatic Antibiotics Perscribed Case Seeking Compensation.

3

## C.     CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: My 8th Amendment
OF USC "Fed.L.R." By New L.R." 42 USC 1983
By FDA EUA (cicp) Compensations By (cicp) program.

Supporting Facts: [Include all facts you consider important. State the facts clearly, in
your own words, and without citing legal authority or argument. Be sure you describe
exactly what each specific defendant (by name) did to violate your rights].

My 8th Amendment is Violated my Rights
ALSO PER OP. 625. ADA Compliance OP. 432. Being
In BMU OP. 521 This Seriouse Medical need As
CoronaVirus came through I had my first
Vaccination I was okay Now 2. Adminstered
Covid.19. Moderna Vaccine Made me Break out
With "Red Dots" Allergies, fever, headache, Muscle pain or
Joint pains My leg on Left side was swollen, Red dots
Every Where Feeling Like poison was Flowing In Vains
I called Medical they Left me In Cell, My Breathing, fast
Heart Beat, Also I Was perscribed "SulFA", Triamcinolone."
"Capzasin, In senre "Antibiotics" To treat this Covid19. Out
break or Side Affects "See Hutto V. Finney. 437. US 678 (1978) So
My Seriouse Medical Need As A Chronic Care Patient Also See
"Scott V. Ambani. 577. fed. 3d. 642 (6th cir 2009) Spruill V. Gillis. 372. F.3d.
218 (3d cir 2004) Meloy V. Bachmeier, 302. F.3d. 845 849, (8th cir 2002)
"Estelle V. Gamble 429. US. 97. 103 (1976) Under US. Constitution I
Seek my Injury Compensation "Program By Cicp. EUA. I do matter file.

4

## CLAIM 2

The following civil rights have been violated: My 14th 9th 8th 5th 1th Amendments of USC Fed Law protecdures As A Fed prisoner in State Prison My Rights are Violated

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].



My Physical Disabilies See Bradley V. Puckett, 157.F.3d./022 (5th cir. 1998) Frut V. Norris 905.F.2d.1147 (8th cir. 1990) These Issues Add up to be "A" Unconstitutional Act Palmer V. Johnson 193.F.3d 346 (5th cir. 1999) Its A Identifiable Harm, Wilson V. Seiter 501. US. 294, 305 (1991) Brock V. Wright, 315.F.3d. 158 (2d cir. 2003) Medical Placed A 90 Day Stay In Plus Medication was given to me for Seriouse Injuries Side Affects I've Used up Medication But still Kites for Refills thinking it was pills for my "Chronic Care Pain Issues I have Blood in Stuals And A Rash down to my Bottom feet I Broke out Every where As "Fed LR Civil procedureal I need Intent, proof plus Participation, On Medical Depts See Hill V. Dekalb Reg Youth Det Ctr. 40 F.3d. 1176, 1187 (11th cir. 1994) PER Jett V. Penner 439.F.3d.1091,1096 (9th cir. 2006) "Smith V. Carpenter 316.F.3d.178 (2d cir. 2003) Placing these Codes (IIS) (CICP) EUA) HHS) FDA. (DC) Vaers Reporting Systems Covid.19. Are Under Liability Claims CICP Re Compensation Program With Certain Medicines Vaccines I suffered my Injuries Also in past My Medical Care Costs Med Card As Compensation.

5

## CLAIM 3

The following civil rights have been violated: My 14th Amendments= 5th 7th to U.S.C. Fed. cp. LR. Also Nev LR. of State of N.V. My Rights are Violated By Local State Fedral Officials

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Held liable For my No Hospitalization A critical Med Care" Craven V. Sanders 577.F.3d.974 (8th.cir.2009) Johnson V. Dougty, 433.F.3d.1001 (7th.cir.2006) Under Due Process of law See" Myers V. Hundley 101.F.3d.542 (8th.cir.1996) Lewis V. Casey." PLRA= Coleman V. Rahija, 114.F.3d.778 (8th.cir.1997) Smith V. Wade 461 U.S.30 (1983) Siggers El-Barlow, 433.F.Supp.2d.811. (ED.Mich.2006) "Actual Injury" See Cody V. Weber, 256.F.3d.764 (8th.cir.2001) Also A New Screening Order As Policies Seeking my Care Disense Control policies of Prisons I Alert my Rights Under Our Constitution By Placing "42.U.S.C.1983" On Moderna, nq tx.com/patents Covid.19 Virus Brought me Serious Med. Chronic Care Issue With Intestinal Problems Also my Immune System I have Kites showing Pills given to me By Medical Names Also Our Staffing Was taken out of our facility So caused my Stay in prison longer "Liberty Interests My Complaint For (c i cp) Compensations to Intervine Provide me my Fed. Rights on Expensis Medical Care to Over look my Civil lawsuit Notify. FDA. OF US. On Record for file.

9)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

    a)  Defendants:  Durand·V·State of N.V.

    b)  Name of court and docket number:  District Court of Reno·N.V.

    c)  Disposition (for example, was the case dismissed, appealed or is it still pending?):

        Pending

    d)  Issues raised:  Execessive use of force

    e)  Approximate date it was filed:  1-2-20

    f)  Approximate date of disposition: _____

10)  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

    a)  Defendants: _____

    b)  Name of court and case number: _____

    c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

        (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

    d)  Issues raised: _____

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a)  Defendants: _____

b)  Name of court and case number: _____

c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

     (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

     _____

     _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a)  Defendants: _____

b)  Name of court and case number: _____

c)  The case was dismissed because it was found to be (circle one): (1) frivolous;

     (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

     _____

     _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

8

### D.   REQUEST FOR RELIEF

I believe I am entitled to the following relief: Money Damages, Also Punitive Damages, Declaratory Judgement Tax Returns, Penitions, License ote, Or Medicalcaid Card for my Expenses Costs (Ci cD) program Is Insured By Fed program A Medicalplan By ModernaTx.com As this Claim Is seriouse, Compensation Is only Resolution To Covid.19. Virus A $.500, Million, case.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Roberto Durand
(name of person who prepared or helped prepare this complaint if not the plaintiff)

Roberto Durand
(signature of plaintiff)

8-16-21
(date)

# FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, such as Inmate Services for the Nevada Department of Prisons (NDOC), complete the below Financial Certificate.

I understand that:

(1) if I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254, the filing fee is $5.00, and that such fee will have to be paid by me if the court denies my *in forma pauperis* application;

(2) if I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $402.00 (which includes the $350 filing fee and a $52 administrative fee), which I must pay in full; and

(a) if my current account balance (line #1 below) is $402.00 or more, I will not qualify for *in forma pauperis* status and I must pay the full filing fee of $402.00 before I will be allowed to proceed with the action;

(b) if I do **NOT** have $402.00 in my account as reflected on line #1 below, before I will be allowed to proceed with an action I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00 (if I am in the custody of the NDOC, I hereby authorize the NDOC to make such deductions from deposits to my account, and I further understand that if I have a prison job, then the 20% of my paycheck that is guaranteed to me as spendable money will be sent to the court for payment of the filing fee); and

(c) I must continue to make installment payments until the $350.00 filing fee is fully paid, without regard to whether my action is closed or my release from confinement. The $52 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Type of action (check one): ___✓___ civil rights _____ habeas corpus

SIGNATURE & PRISON NUMBER: *B. Durand* #1078930

INMATE NAME (printed): *Roberto Durand*

------------------------------------------------

1. CURRENT ACCOUNT BALANCE _____ 0

2. AVERAGE MONTHLY BALANCE* _____ 2.19

3. AVERAGE MONTHLY DEPOSITS* _____ 0

4. FILING FEE (based on #1, #2 or #3, whichever is greater) _____ 0.43

\* for the past six (6) months, from all sources, including amount in any savings account that is in excess of minimum amount that must be maintained

------------------------------------------------

I hereby certify that as of this date, the above financial information is accurate for the above named inmate.
**(Please sign in ink in a)
(color other than black.)**

AUTHORIZED OFFICER: _(signature)_

TITLE: *Acct Tech II*

DATE: 6/18/21

4


ISP LAW LIBRARY
MAY 25 2021