UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO DURAND,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MODERNA TX.COM/PATENTS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00369-RCJ-CLB<br><br>ORDER |

On October 3, 2022, the Court dismissed and closed this action without prejudice. (ECF Nos. 19, 20.)  Three days later, the Court denied Plaintiff Roberto Durand's ("Durand") motion seeking to preempt the undersigned jurist from presiding over this action and cautioned Durand "that he should not file any documents in this closed case." (ECF No. 22.)

Durand continues to file motions in this closed case.  The Court advises Durand that motions seeking relief from the United States Court of Appeals for the Ninth Circuit are not automatically transferred by the district court to the appeals court.   Accordingly,

IT IS HEREBY ORDERED that Durand shall file motions seeking relief from the United States Court of Appeals for the Ninth Circuit, Case No.: 22-16561, with the Office of the Clerk of the United States Court of Appeals for the Ninth Circuit, Post Office Box 193939, San Francisco, California 94119-3939.

IT IS FURTHER ORDERED that the Clerk of the Court shall return to Durand any filing submitted to this Court, captioned for the United States Court of Appeals for the Ninth Circuit.

IT IS FURTHER ORDERED that Durand should not file any documents in this closed case.

IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* (ECF No. 23) is denied as incomplete and moot.

IT IS SO ORDERED.

DATED this 12th of October 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE